# **EXHIBIT 3**

# Invoice

A.F. Tad D. Draper : Operating 515-7
12339 South 800 East
Suite: 101
Draper, Utah  84020

**Bill To:**
Tucker, Greg & Drbra

| Date | Invoice No. | P.O. Number | Terms | Project |
|---|---|---|---|---|
| 02/05/20 | 8 | | | |

| Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|
| Reimb Group | | | | |
| | TUCKER - 2019004268  Anderson Server | | 85.00 | 85.00 |
| | TUCKER - 2019004270  Anderson Server | | 85.00 | 85.00 |
| | TUCKER - 2019004269  Anderson Server | | 20.00 | 20.00 |
| | Total Reimbursable Expenses | | | 190.00 |
| Court Filing Fees | Filing Fees: | | 610.00 | 610.00 |
| Contract Labor | Contract Labor: Research: Martin Tanner | | 1,687.50 | 1,687.50 |

Total  $2,487.50